pack/santosind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HYO JIN PACK and<br>DAVID C.P. SANTOS,<br><br>　　　　Defendants. | CRIMINAL CASE NO. 07-00009<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO COMMIT<br>MARRIAGE FRAUD**<br>[18 U.S.C. § 371] |

THE GRAND JURY CHARGES:

On or between September 8, 2006, and November 9, 2006, within the District of Guam and elsewhere, the defendants herein, HYO JIN PACK and DAVID C.P. SANTOS, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, to-wit: marriage fraud in violation of Title 8, United States Code, Section 1325(c), and did commit an overt act in furtherance of said conspiracy and to achieve the object

//

-1-

thereof, to-wit: paying Rex Garrido $1,000 as a down payment to marry HYO JIN PACK,

ALL IN VIOLATION of Title 18, United States Code, Section 371.

Dated this 24th day of January, 2007.

A TRUE BILL.

*[signature]*
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney