**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____     Related Case Information:    **07-00009**

Country/Parish _____

Superseding Indictment _____ Docket Number _____
Same Defendant ___x___    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____HYO JIN PACK_____

Alias Name _____

Address _____

_____Korea_____

Birthdate _____ SS# ____ Sex _F_ Race _A_ Nationality _Korean_

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No _X_ Yes    List language and/or dialect: _Korean_

RECEIVED JAN 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Marriage Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __1/16/07__    Signature of AUSA: _Karon V. Johnson_