# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

DAVID C.P. SANTOS

**WARRANT FOR ARREST**

Case Number: CR-07-00009-001

**FILED**
DISTRICT COURT OF GUAM

FEB 26 2007

MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DAVID C.P. SANTOS** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**Conspiracy to Commit Marriage Fraud**

**RECEIVED**

JAN 24 2007

US MARSHALS SERVICE-GUAM

in violation of Title ___18___ United States Code, Section(s) _____371_____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**JANUARY 24, 2007, HAGATNA, GUAM**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Harmon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 24 Jan 2007 | Barbara C. Tayama | |
| DATE OF ARREST | Task Force Agent, ICE | |
| 26 Feb 2007 | | |

ORIGINAL

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____