# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00009-002                    DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore           Electronically Recorded: 2:15:29 - 2:22:00
CSO: B. Benavente

**APPEARANCES:**

Defendant:  David C.P. Santos                   Attorney:  None Present
☑ Present ☐ Custody ☐ Bond ☑ P.R.              ☐ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas              U.S. Agent:
U.S. Probation: Carleen Borja                   U.S. Marshal: D. Punzalan
Interpreter:                                    Language:

**PROCEEDINGS: Continued Arraignment**
- Proceedings continued to: March 6, 2007 at 1:30 P.M.

NOTES: Defendant informed the Court that he has been unsuccessful in contacting an attorney to
        represent him.  His request for a short continuance was granted.