**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-07-00009-002  DATE: March 06, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 1:39:13 - 1:55:55
CSO: B. Benavente / J. Lizama

---

**APPEARANCES:**
Defendant: David C.P. Santos                Attorney: Mike Phillips
☑ Present ☐ Custody ☐ Bond ☑ P.R.           ☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Maria Cruz                  U.S. Marshal: C. Marquez / G. Perez
Interpreter:                                Language:

---

**PROCEEDINGS: Continued Arraignment**
- Mr. Phillips agreed to represent the defendant for today's proceedings.
- The Court instructed the defendant to submit a financial affidavit to determine representation by counsel.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: May 1, 2007 at 9:30 a.m.
- Defendant released as previously ordered by this Court.

NOTES: