UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Robert I. Carreon, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**

[ ] **Notice of Disposition**

**FILED**
**DISTRICT COURT OF GUAM**
**MAR - 9 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

Date: February 26, 2007
By: Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Date: _____
By: _____

| | | | |
|---|---|---|---|
| Defendant: | SANTOS, David Camacho P. | Case Number: | CRIMINAL CASE #07-00009-002 |
| Date of Birth: | XX-XX-1950 | Place of Birth: | Barrigada, Guam - USA |
| SSN: | XXX-XX-9369 | | |

**NOTICE OF COURT ORDER** (Order Date: February 26, 2007 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.

Case 1:07-cr-00009   Document 22   Filed 03/09/2007   Page 1 of 1

ORIGINAL