# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00009-002 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| DAVID C. P. SANTOS, | ) | |
| Defendant. | ) | |

On February 26, 2007, the Defendant appeared before the Court for an Initial Appearance and Arraignment. The Defendant stated that he wanted to retain an attorney, but unfortunately that attorney could not be present at said hearing. The Court then continued the matter for one day.

On February 27, 2007, the Defendant again appeared before the Court without counsel. He requested another continuance to enable him to make the arrangements with counsel of his choosing. The Court granted the request and continued the matter for a second time.

On March 6, 2006, the Defendant appeared before the Court for an arraignment with attorney Michael Phillips. Mr. Phillips stated that while he was willing to represent the Defendant for said proceedings, he believed the Defendant qualified for the appointment of counsel by the Court. Mr. Phillips further stated that although he presently was not a member of the Court's C.J.A. Panel, he would be willing to accept the appointment at the current C.J.A. rate since he has already had preliminary discussions with the Defendant. The Court stated that without reviewing the Defendant's financial affidavit, it could not determine whether the

United States of America v. David C.P. Santos, Criminal Case No. 07-00009-002
Appointment Order

1 Defendant was indeed entitled to court-appointed counsel. Mr. Phillips then stated that he would
2 subsequently submit the Defendant's completed financial affidavit for the Court's review.
3      On March 14, 2007, the Defendant submitted his financial affidavit to the Court. Having
4 reviewed said document, the Court believes the Defendant qualifies for court-appointed counsel.
5 In the interest of judicial economy, the Court hereby appoints Mr. Phillips as counsel for the
6 Defendant in this case, *nunc pro tunc* to March 14, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Mar 29, 2007**