# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00009-002                              DATE: April 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez       Electronically Recorded: 9:31:07 - 9:49:51
CSO: L. Ogo

**APPEARANCES:**

Defendant: David C.P. Santos                    Attorney: Michael Phillips
☑ Present ☐ Custody ☐ Bond ☑ P.R.              ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                    U.S. Agent: Erwin Fejeran, I.C.E.
U.S. Probation: Christopher Duenas              U.S. Marshal: V. Roman / R. Okada
Interpreter:                                    Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink change made to the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: July 30, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 6/25/2007
- Response to Presentence Report: 7/16/2007
- Final Presentence Report due to the Court: 7/23/2007
- Defendant released as previously ordered by this Court.

NOTES: