# IN THE DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff.<br><br>　vs.<br><br>DAVID C. P. SANTOS,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 07-00009<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Conspiracy to Commit Marriage Fraud, in violation of 18 U.S.C. § 371, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on July 30, 2007, at 9:30 a.m.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
　**Chief Judge**
**Dated: May 25, 2007**