DSantos.STP

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 0 5 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00009-002 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| DAVID C.P. SANTOS, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Michael Phillips, hereby stipulate to continue the Sentencing date currently scheduled for July 30, 2007, at 9:30 a.m. to a date sometime after September 30, 2007.

\\
\\
\\
\\
\\
\\

ORIGINAL

The additional time is necessary so that the parties can fully assess the nature and extent of the defendant's cooperation.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/5/07          By: _____
                           KARON V. JOHNSON
                           Assistant U.S. Attorney

DATED: 7/5/07          _____
                       MICHAEL PHILLIPS
                       Attorney for Defendant

-2-