DSantos.OSJ

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00009-002 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | **RE: SEALING JUSTIFICATION** |
| ) | **FOR CONTINUING SENTENCING** |
| DAVID C.P. SANTOS, ) | **DATE** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the justification for continuing defendant's sentencing date shall be lodged under seal.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
        **Chief Judge**
**Dated: Jul 05, 2007**