DSantos.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009-002 |
| Plaintiff, | **ORDER** |
| vs. | **RE: STIPULATION TO CONTINUE SENTENCING DATE** |
| DAVID C.P. SANTOS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for July 30, 2007 at 9:30 a.m., is hereby rescheduled to the 3rd day of October, 2007 at the hour of 9:30 am.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jul 05, 2007**