DSantos.MJS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID C.P. SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 07-00009-002<br><br>**MOTION TO SEAL STIPULATION AND ORDER** |

COMES NOW the United States of America, by and through the undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal the stipulated motion and the order filed on July 11, 2007, regarding defendant's travel.

RESPECTFULLY SUBMITTED this 13th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By  _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

ORIGINAL