DSantos.OSJ

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00009-002 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | **RE: SEALING STIPULATION AND ORDER** |
| ) | |
| DAVID C.P. SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS HEREBY ORDERED** that the stipulation filed July 11, 2007 and the order filed July 13, 2007, shall be lodged under seal.

**SO ORDERED.**

          **/s/ Frances M. Tydingco-Gatewood**
                **Chief Judge**
          **Dated: Jul 13, 2007**