# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00009-002 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| DAVID C. P. SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  On February 26, 2007, David C. P. Santos was arrested and brought to Court for an Initial Appearance and Arraignment hearing relative to an Indictment on charges of Conspiracy to Commit Marriage Fraud, in violation of Title 18, U.S.C. § 371 and Title 8, U.S.C. § 1325(c). The hearing was continued in order for him to retain his own counsel. The defendant was released on his own recognizance under the following conditions: report to probation as instructed; maintain or actively seek employment; surrender passport to the U.S. Probation Office; obtain no passport; maintain a fixed residence and not change residence without permission of the Court and the U.S. Probation Office; avoid contact with potential victims or witnesses in the subject investigation including but not limited to Rex Garrido, Kwang Ho Park aka Mike Park and Hyo Jin Pack; refrain from possessing a firearm, destructive device, or dangerous weapon; refrain from excessive use of alcohol; refrain from possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner; report any law enforcement contact to the pretrial services officer; stay away from all ports of exit and entry; and not leave Guam without the permission of the Court.

  On March 6, 2007, the defendant returned to Court for the Continued Arraignment hearing. Attorney Michael Phillips appeared with him for this proceeding only. Mr. Phillips entered a plea of not guilty. The plea was accepted and trial was scheduled for May 1, 2007. On April 30, 2007, the defendant pleaded guilty to the Indictment. His guilty plea was accepted and a Sentencing hearing was scheduled for July 30, 2007, which was continued to October 3, 2007.

Request to Travel
Re: Santos, David C.P.
Criminal Case No. 07-00009-002
July 26, 2007
Page 2

On July 24, 2007, the defendant reported to the U.S. Probation Office and requested to travel to the Republic of the Philippines for thirty (30) days beginning August 8, 2007, in order for him to undergo medical treatment.

The defendant maintains full compliance with his conditions of supervision. In light of the medical needs of the defendant, this Officer supports the request to travel and seeks Court approval. Assistant U.S. Attorney, Karon V. Johnson, and Defense Counsel, Michael Phillips, are aware of the defendant's medical status as outlined above and have no objection to the requested travel.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File