| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**David C.P. Santos**
**Criminal Case #07-00009-002**
**SSN: XX-XXX-9369**
**DOB: XX-XX-1950**
**HT: 5'4" / WT: 163 lbs.**

DATE  **July 26, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO:  **Republic of the Philippines**

FROM  **August 8, 2007**  AND RETURNING  **September 7, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical treatment.**

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 72 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS

☐ APPROVED  ☐ DISAPPROVED