1  ROSSANNA VILLAGOMEZ-AGUON
   Acting Chief U.S. Probation Officer
2  ROBERT I. CARREON
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00009-002 |
| Plaintiff, ) | |
| ) | **APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| DAVID C.P. SANTOS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer Robert I. Carreon, in the above-captioned case and requests for the temporary release of United States Passport Number XXXXXXXXX to the defendant, David C.P. Santos. He will be receiving medical treatment in the Republic of the Philippines and requires his passport for travel. The defendant is expected to return to Guam on September 7, 2007, and will surrender his passport to the U.S. Probation Office no later than September 14, 2007.

Dated this 26th day of July 2007.

/s/ ROBERT I. CARREON
U.S. Probation Officer