

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ⊕ CRIMINAL ~~CIVIL~~ CASE NO. 07-00009 |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR OFF-ISLAND TRAVEL; MEDICAL REFERRAL** |
| DAVID C.P. SANTOS, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto The Law Offices of

Phillips & Bordallo, P.C., by Michael F. Phillips counsel for Defendant and the United States of

America., by Assistant Attorney General Karon V. Johnson agree Defendant, DAVID C.P.

SANTOS, be allowed travel to St. Luke's Medical Center, Quezon City , Philippines from

August 8, 2007 returning August 31, 2007 (Exhibit A) or as soon thereafter as the Defendant is

able to travel for the purpose of receiving necessary scheduled surgery (Exhibit B).

**SO STIPULATED:**

PHILLIPS & BORDALLO, P.C.
Attorneys for Defendant

By:_____
MICHAEL F. PHILLIPS

Dated:_____

LEONARDO M. RAPADAS
United Sates Attorney
District of Guam and NMI

By:_____
KARON V. JOHNSON
Assistant U.S. Attorney

Dated:_____JUL 27 2007_____

ORIGINAL

# View Reservation by Confirmation Number

Purchase Now | Cancel | E-mail Summary | Save to my Account | Reserve a Car | Reserve a Hotel

Continental Confirmation Number:                                    BJ75TR

Guam (GUM) to Manila, Philippines (MNL) on Wed., Aug. 8, 2007
Manila, Philippines (MNL) to Guam (GUM) on Fri., Sep. 7, 2007

**This reservation is not ticketed.**

Flight Details:

| Depart:<br>7:00 p.m.<br>**Wed., Aug. 8, 2007**<br>Guam (GUM) | Arrive:<br>8:40 p.m.<br>**Wed., Aug. 8, 2007**<br>Manila, Philippines (MNL) | Travel Time:<br>3 hr 40 mn | OnePass Miles/<br>Elite Qualification:<br>1,597 /100% | Flight: **CO933**<br>Aircraft: **Boeing**<br>Fare Class: **Eco**<br>Meal: **Dinner** |

Continental flight 933 operated by Continental Micronesia.

| Depart:<br>10:55 p.m.<br>**Fri., Sep. 7, 2007**<br>Manila, Philippines (MNL) | Arrive:<br>4:30 a.m. +1 Day<br>**Sat., Sep. 8, 2007**<br>Guam (GUM) | Travel Time:<br>3 hr 35 mn | OnePass Miles/<br>Elite Qualification:<br>1,597 /100% | Flight: **CO934**<br>Aircraft: **Boeing**<br>Fare Class: **Eco** |

http://googlemail.com/attachment?attid=0.1&disp=safe&view=att&th=113fbebb73888526&saduie=1egnamcir4gg8o518rkace2...    7/25/2007

EXHIBIT A

**Mario R. Ver, M.D. F.P.C.S., F.P.O.A.**
Diplomate, Philippine Board of Orthopedics
Orthopedic-Spine Surgeon

Active Consultant,
Institute of Orthopedics and Sports Medicine
St. Luke's Medical Center
Assistant Professor,
Section of Orthopedics Department of Surgery
St. Luke's College of Medicine

July 22, 2007

To Whom It May Concern:

    Re: David C. Santos       DOB: 02/07/1950

    Diagnosis: Chronic (Discogenic) Low Back Pain secondary to Degenerative Disc Disease secondary to Anular Tear L4L5

Please be informed that I will revaluate and reexamine Mr. D. Santos, a 57 year old businessman from Guam on August 14, 2007 in my clinic at St. Luke's Medical Center, Quezon City. He had been experiencing persistent low back pain for the past five years. More recently, he also has been suffering from recurrent neck pain radiating to shoulder.

As early as October of last year when he consulted in my clinic, surgical intervention was already recommended for his discogenic low back pain as his best treatment option considering the duration of symptoms and that conservative treatment modalities he received only gave temporary relief. After confirmation of disc level of involvement with Provocative Discography then we can proceed with the surgery. His surgical option is either Posterior Decompression – Discectomy with Instrumented Transforaminal Lumbar Interbody Fusion (TLIF) or Total Artificial Disc Replacement.

Barring any complication, he is expected to be confined for no more than ten days if he undergoes the fusion surgery and less than five days if he undergoes the artificial disc replacement.

For his neck and shoulder problems, X-rays and MRIs might be requested if on examination this prove to be necessary to arrive at the correct diagnosis and treatment plan.

Respectfully,

Mario R. Ver, MD

279 E. Rodriguez Sr. Avenue
1102 Quezon City, Philippines

Tel. Nos.: (632) 723-0101 * 723-0301 loc. 4155/4156
Telefax: (632) 723-2755


Case 1:07-cv-00009 Document 60 Filed 07/27/2007 Page 3 of 3
EXHIBIT B