

davidsantossip

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 2 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009-02 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| DAVID C.P. SANTOS, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Michael Phillips, hereby motion this Honorable Court to continue the Sentencing date currently scheduled for October3, 2007, to a date sometime after October 9, 2007, at a date and time to be selected by the court at it's convenience.

//
//
//
//
//
//

The parties make this request due to Assistant U.S. Attorney Karon Johnson will be off-island from September 3 through October 8, 2007. A continuance will allow the government an opportunity to brief the court with the extent of the defendant's cooperation

_8/24/07_
DATE

MICHAEL PHILLIPS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_8/23/07_    By: _____
DATE          KARON V. JOHNSON
              Assistant U.S. Attorney