1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam  96910
   PHONE:  472-7332
5  FAX:  472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009-02 |
| Plaintiff, | **ORDER** |
| vs. | **Re:  Stipulated Motion To Continue Sentencing** |
| DAVID C.P. SANTOS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for October 3, 2007 at 9:30 a.m., is hereby rescheduled to the 10th day of October, 2007 at the hour of 9:30 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
    **Dated: Aug 24, 2007**