davidsantosstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
OCT - 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009-02 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| DAVID C.P. SANTOS, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Michael Phillips, hereby motion this Honorable Court to continue the Sentencing date currently scheduled for October 10, 2007, to October 12, 2007, or at a later date and time to be selected by the court at it's convenience.

//
//
//
//
//
//

1 | The parties make this request due to Assistant U.S. Attorney Karon Johnson is currently
2 | off-island and was due back on October 8, 2007, but due to her spouse's unexpected surgery
3 | complications her return date is now October 10, 2007. A continuance will allow the
4 | government an opportunity to brief the court with the extent of the defendant's cooperation

_____  _____
DATE                       MICHAEL PHILLIPS
                           Attorney for Defendant

                           LEONARDO M. RAPADAS
                           United States Attorney
                           Districts of Guam and NMI

10/3/07                By: _____
DATE                       KARON V. JOHNSON
                           Assistant U.S. Attorney