LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00009-02 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **Re: Stipulated Motion To** |
| vs. | ) | **Continue Sentencing** |
| | ) | |
| DAVID C.P. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for October 10, 2007 at 9:30 a.m., is hereby rescheduled to the 12th day of October, 2007 at the hour of 10:30 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Oct 05, 2007**