# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-07-00009-002                    DATE: October 12, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 2:43:23 - 3:00:00
CSO: B. Pereda

---

**APPEARANCES:**

Defendant: David C.P. Santos                    Attorney: Darlene Invencion

    Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson                    U.S. Agent: R. Robertson - I.C.E.
U.S. Probation: Maria Cruz                      U.S. Marshal: T. Muna / V. Roman
Interpreter:                                    Language:

---

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.


NOTES: