# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00009-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| DAVID C. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On October 12, 2007, David S. Santos was sentenced in the District Court of Guam for Conspiracy to Commit Marriage Fraud, in violation of 18 U.S.C. §371 and 8 U.S.C. §1325©. He was sentenced to term of three years probation. Mr. Santos' probation conditions include: not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; serve four month of home detention under the home confinement program; not possess or have access to any firearm, ammunition, or other dangerous weapon(s), as defined by federal, state, or local law; cooperate with the collection of DNA; perform 100 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.

    On June 4, 2008, Mr. Santos submitted a request to travel to Manila, Republic of the Philippines, for a medical follow-up. His proposed travel dates are from July 1, 2008 to July 15, 2008.

Request to Travel
Re: SANTOS, David C.
Criminal Case No. 07-00009-001
June 10, 2008
Page 2

      To date, Mr. Santos, who is self-employed, has been compliant with his probation conditions. He paid his $100 special assessment fee on November 13, 2007 and regularly submits his monthly supervision reports. This Officer supports his travel request and seeks Court approval.

                Respectfully submitted,

                ROSANNA VILLAGOMEZ-AGUON
                Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
              U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File