| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam  96910<br>Tel: (671) 473-9201 |

**David C. Santos**
Criminal Case No. 07-00009-001
SS# XXX-XX-9369
DOB: XX-XX-1950

HT: 5'4" WT: 159 lbs



DATE: **June 10, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO    **Manila, Republic of the Philippines**

LEAVING    **July 1, 2008**    AND RETURNING    **July 15, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical follow-up.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1.  You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines;**

**2.  You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3.  You shall call your probation officer if you change accommodation/location; and**

**4.  You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

[X] APPROVED    [ ] DISAPPROVED



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 13, 2008**